Jason Edward Ochs, WY Bar #7-4965
OCHS LAW FIRM, P.C.
323 S. David Street
Casper, WY 82601
307-234-3239
Facsimile: 307-235-6910
jason@ochslawfirm.com

William D. Marler, Esq.
Marler Clark
The Food Safety Law Firm
1301 Second Avenue, Suite 2800
Seattle, WA 98101-3808
206-346-1890
bmarler@marlerclark.com
*pro hac vice pending*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PAUL FEYHL, and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN CORRAL, CORPORATION., a North Carolina Corporation, and GOLDEN DBL, INC., a Wyoming Foreign Corporation Headquartered in Colorado, <br><br> Defendants. | Civil Action NO. 13cv024-J |

## STIPULATION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE

1

COMES NOW the Plaintiff, PAUL FEYHL, and the proposed class by and through their attorneys, Jason Edward Ochs, Ochs Law Firm, P.C., and William D. Marler, Marler Clark LLP (pending admission pro hac vice) and Defendant, GOLDEN CORRAL COPORATION, by and through their counsel Scott A. McGath, Overturf McGath Hull & Doherty, P.C. and Defendant, GOLDEN DBL, INC., by and through their counsel Jeff S. Meyer, Murane & Bostwick and hereby stipulate to and otherwise move the Court for an order dismissing *without* prejudice the above-captioned matter, together with Plaintiff's Compliant, with all parties to bear their own costs and attorneys' fees.

Dated: March 28, 2013.

For Plaintiffs,

_____
Jason Edward Ochs, WY Bar #7-4965
OCHS LAW FIRM, P.C.
223 S. David Street
Casper, WY 82601
307-234-3239
307-235-6910 Fax
jason@ochslawfirm.com

For Defendant Golden Corral, Corporation,

_____
Scott A. McGath, WY Bar #6-3332
Overturf McGath Hull & Doherty, P.C.
625 E. 16th Ave., Suite 100
Denver, CO 80203
303-860-2848
303-860-2869 Fax
sam@omhdlaw.com

For Defendant Golden DBL, Inc.

_____
Jeff S. Meyer, WY Bar #6-4280
201 N. Wolcott St.
Casper, WY 82601
307-23409435
307-237-5110 Fax
jsm@murane.com